# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

AIW, INC.
_____
Plaintiff(s)

V.                                                                    Civil Action No.: 7:11-cv-00207

BALFOUR BEATTY CONSTRUCTION, LLC
_____
Defendant(s)

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANICAL INTEREST IN LITIGATION

ONLY ONE FORM NEEDS TO BE COMPLETED FOR A PARTY EVEN IF THE PARTY IS REPRESENTED BY MORE THAN ONE ATTORNEY. DISCLOSURES MUST BE FILED ON BEHALF OF INDIVIDUALS AS WELL AS CORPORATIONS AND OTHER LEGAL-ENTITIES. COUNSEL HAS A CONTINUING DUTY TO UPDATE THIS INFORMATION.

IF YOU ANSWER "YES" TO ANY OF THE FOLLOWING QUESTIONS, THIS STATEMENT MUST BE FILED IN ECF AS A POSITIVE CORPORATE DISCLOSURE STATEMENT.

Pursuant to Standing Order entered May 15, 2000.

BALFOUR BEATTY CONSTRUCTION, LLC          who is     DEFENDANT
(Name of party you represent)                                              (Plaintiff/Defendant)

makes the following disclosure:

1. Is the party a publicly held corporation or other publicly held entity?
   ☒ Yes    ☐ No

2. Does the party have any parent corporations?
   ☒ Yes    ☐ No

   If yes, identify all parent corporations, including grandparent and great grandparent corporations:

   (See attached).

3. Is 10 percent or more of the party's stock owned by a publicly held corporation or other publicly held entity?
   ☒ Yes    ☐ No

   If yes, identify all such owners:

   Please see response to Question 2, above.

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?
   ☒ Yes    ☐ No

   If yes, identify all such owners:

   Please see response to Question 2, above.

5. Is the party a trade association?
   ☐ Yes    ☒ No

   If yes, identify all members of the association, their parent corporations, and any publicly held companies that own ten (10%) percent or more of the party's stock:

_____          5/3/11
(Signature)                                                  (Date)

No. 2: Balfour Beatty Construction, LLC is a Delaware limited liability company. It is owned by Balfour Beatty Construction Group, Inc., a Nevada corporation. Balfour Beatty Construction Group, Inc. is owned by Balfour Beatty LLC, a Delaware limited liability company. Balfour Beatty LLC is owned by Balfour Beatty Group, Inc., a Delaware investment holding company. Balfour Beatty Group, Inc. is owned by BICC Overseas Investments Ltd, a private company limited by shares formed under the laws of England and Wales. BICC Overseas Investments Ltd is owned by Balfour Beatty Investment Holdings Ltd, a private company limited by shares formed under the laws of England and Wales. Balfour Beatty Investment Holdings Ltd is owned by Balfour Beatty plc, which is a public limited company under the laws of England. Balfour Beatty plc is publicly traded on the U.K. Exchange.